```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Chief, Civil Division
 3  EDWARD A. OLSEN, CSBN 214150
    Assistant United States Attorney
 4
       450 Golden Gate Avenue, Box 36055
 5     San Francisco, California 94102
       Telephone: (415) 436-6915
 6     FAX: (415) 436-6927

 7  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JACK HAIN, <br><br>    Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE NAVY, <br><br>    Defendant. | No. C 08-3747 CW <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS AS MODIFIED** |

Plaintiff, proceeding *pro se*, and the government, by and through its attorneys of record, have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

The parties agree to participate in the following ADR process: Mediation to be completed following the resolution of anticipated motions: (1) to amend the Complaint to add a claim of failure to warn of dangerous conditions at the Hunters Point Navy Base; and (2) to dismiss based on the discretionary function exception to the FTCA.

ADR STIPULATION
C 08-3747 CW                                             1

Dated: October 28, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendant

Dated: October 28, 2008

_____
JACK HAIN

### [PROPOSED] ORDER

Pursuant to the stipulation set forth above, the above-caption matter is referred to: Mediation

IT IS SO ORDERED.

Dated:

_____
CLAUDIA WILKEN
United States District Judge

ADR STIPULATION
C 08-3747 CW

2

Dated: October 28, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendant

Dated: October 28, 2008

_____
JACK HAIN, *in pro per*

~~[PROPOSED]~~ ORDER

Pursuant to the stipulation set forth above, the above-caption matter is referred to: ~~Mediation~~ a Magistrate Judge for a settlement conference.

IT IS SO ORDERED.

Dated: 11/3/08

_____
CLAUDIA WILKEN
United States District Judge

ADR STIPULATION
C 08-3747 CW

2

