

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*9th Floor, Federal Building*
*450 Golden Gate Avenue, Box 36055*       (415) 436-6915
*San Francisco, California  94102*        FAX:(415) 436-6927

**RECEIVED**
**JAN 5 - 2009**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

January 5, 2009

Honorable Bernard Zimmerman
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

      Re:    Settlement Conference in Hain v. United States, C-08-3747-EMC (BZ)
              January 13, 2008

Dear Judge Zimmerman:

      The United States wishes to inform the Court the Department of Navy has informed the undersigned that, in light of budgetary restrictions, a representative of the Department of Navy cannot attend the settlement conference in person.  However, the Department of Navy has given the U.S. Attorney's Office full authority to negotiate a settlement and an attorney from the Department of Navy will be available to participate by telephone if necessary.  Accordingly, the United States respectfully asks this Court to excuse in-person attendance by a representative from the agency.  Thank you in advance for your consideration.

                                      Sincerely,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                        EDWARD A. OLSEN
                                        Assistant United States Attorney

cc:    Jack Hain



GRANTED
Judge Bernard Zimmerman

1/9/2009 - No opposition having been filed this request is GRANTED.