JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JACK HAIN, <br>         Plaintiff, <br>    vs. <br> UNITED STATES, <br>         Defendant. | C-08-3747-EMC <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

The plaintiff, proceeding pro se, and the United States, by its attorneys of record, hereby stipulate, subject to approval of the Court, to dismiss the above-entitled action with prejudice. Each of the parties shall bear their own costs and fees.

Dated: April 9, 2009

*See fax Signature*
JACK HAIN
Plaintiff

Dated: April 9, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney

STIPULATION TO DISMISS
C-08-3747-EMC                          1

```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Chief, Civil Division
 3  EDWARD OLSEN, CSBN 214150
    Assistant United States Attorney
 4
    450 Golden Gate Avenue, Box 36055
 5  San Francisco, California 94102
    Telephone: (415) 436-6915
 6  FAX: (415) 436-6927

 7  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JACK HAIN, <br>         Plaintiff, <br>    vs. <br> UNITED STATES, <br>         Defendant. | C-08-3747-EMC <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

The plaintiff, proceeding pro se, and the United States, by its attorneys of record, hereby stipulate, subject to approval of the Court, to dismiss the above-entitled action with prejudice. Each of the parties shall bear their own costs and fees.

Dated: April 9, 2009        /s/ Jack Hain
                                         JACK HAIN
                                         Plaintiff

Dated: April 9, 2009        JOSEPH P. RUSSONIELLO
                                         United States Attorney


                                         EDWARD A. OLSEN
                                         Assistant United States Attorney

STIPULATION TO DISMISS
C-08-3747-EMC                              1


created with nitro<sup>PDF</sup> professional
download the free trial online at nitropdf.com/professional

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: April 21, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge

STIPULATION TO DISMISS
C-08-3747-EMC                                          2